**No. 47463.**—Protest 999145–G of Ciba Co., Inc. (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel the "Ultra-von W. C. Pat." in question was held taxable at $3\frac{5}{100}$ of 3 cents per pound on the entire weight of the merchandise in accordance with the provisions of section 701 of the revenue act, as claimed.

**No. 47464.**—Protests 9401–K, etc., of B. Blumenthal & Co., Inc. (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel the buckles in question similar in all material respects to those the subject of *Streamline Button Co., Inc.* v. *United States* (C. D. 555) were held dutiable at $\frac{1}{2}$ cent each and $\frac{3}{10}$ cent per dozen for each 1 cent the value exceeds 20 cents per dozen, and 25 percent ad valorem, under paragraph 1527 (c) (2) and T. D. 49458. The protests were sustained to this extent.